**Infringement Claim Chart for U.S. Pat. No. 7,650,376 V. Valve Corporation ("Defendant")**

| Claim 37 | Evidence |
|---|---|
| 37. A computer readable storage medium or media encoded with one or more computer programs including instructions for effecting the provision of content over a network, comprising: | Defendant (Valve Corporation) provides an app i.e., the media encoded with a computer program (Steam app), and includes instructions for effecting the provision of content (i.e., Games) over a network (i.e., internet).<br><br>**Our platform connects players with the world's greatest entertainment.**<br><br>We created Steam in 2003 to serve as a digital content distribution channel, before app stores existed. It's since grown and evolved into a platform for thousands of creators and publishers to deliver content and establish direct relationships with their customers. The Steam Community enables millions of players to do likewise, sharing entertainment and ideas, and making friends.<br><br>Source: https://www.valvesoftware.com/en/about<br><br>STEAM<br>Steam is the ultimate destination for playing, discussing, and creating games.<br>ONLINE 19,647,543    PLAYING NOW 4,642,744<br>INSTALL STEAM<br>Also available on:<br><br>Source: https://store.steampowered.com/about/ |

> **Steam Broadcast**
>
> Stream your gameplay live with the click of a button, and share your game with friends or the rest of the community.

Source: https://store.steampowered.com/about/

> **Release your Game**
>
> Steamworks is the set of tools and services that help game developers and publishers get the most out of distributing games on Steam.

Source: https://store.steampowered.com/about/

> **Access Games Instantly**
>
> With nearly 30,000 games from AAA to indie and everything in-between. Enjoy exclusive deals, automatic game updates, and other great perks.
>
> Browse the Store →

Source: https://store.steampowered.com/about/



Source: https://store.steampowered.com/tags/en/Action/?flavor=contenthub_topsellers

| | |
|---|---|
| a) instructions for receiving a request from a client for specified content; | As shown below, the Steam app provides a user interface (presented through instructions within the app) that presents an interface to receive an input request from a user for specified content like games by different genres.<br><br><br><br>Source: https://store.steampowered.com/about/<br><br><br><br>Source: https://store.steampowered.com/ |

 

Source: https://store.steampowered.com/
Source: https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community&hl=en&gl=US&pli=1

| | |
|---|---|
| b) instructions for communicating to the client the identity of a node server having the specified content stored thereon, | As shown below, when a user searches for any content (e.g., search games by different genres) in the search bar of the Steam application/web page, the instructions stored on the main server communicate the identity of the various serving nodes (i.e., various game developer or publisher) to the client device.<br><br><br><br>Source: https://store.steampowered.com/about/<br><br>Source: https://store.steampowered.com/ |



Source: https://store.steampowered.com/app/730/CounterStrike_Global_Offensive/

| | |
|---|---|
| c) thereby enabling the client to request transmission of the specified content from the node server; and | As shown below, the user may request transmission (i.e., play) of the specified content (e.g., games of different genres) from various serving nodes (i.e., various game developers or publishers) that are providing the specified content.<br><br><br><br>Source: https://store.steampowered.com/app/730/CounterStrike_Global_Offensive/ |

| | |
|---|---|
| d) instructions for ascertaining that the node server transmitted the specified content to the client, | As shown below, Steam at the request of the user, then ascertains that the specified content is being transmitted to the user from the requested node server.<br><br><br><br>Source: https://store.steampowered.com/about/<br><br>Source: https://store.steampowered.com/ |




Source: https://store.steampowered.com/
Source: https://play.google.com/store/apps/details?id=com.valvesoftware.android.steam.community&hl=en&gl=US&pli=1



Source: https://store.steampowered.com/app/730/CounterStrike_Global_Offensive/

| | |
|---|---|
| e) wherein an owner of the node server is offered an incentive as compensation for transmission of the specified content to the client. | As shown below, Steam offers a payment approach for cloud services. So, it must be a game developer or publisher who offers an incentive as compensation to the owner of the node server (e.g., Steam) for storage and transmission of the content to the user.<br><br>**Steam Direct Fee**<br><br>In order to get fully set up, you will need to pay a $100.00 USD fee for each product you wish to distribute on Steam (the "Steam Direct Fee"). You can pay this fee with any payment method supported by Steam in your region, except methods that use the Steam Wallet.<br><br>Source: https://partner.steamgames.com/steamdirect<br><br>Steam Greenlight was phased out and replaced with Steam Direct in June 2017.[251] With Steam Direct, a developer or publisher wishing to distribute their game on Steam needs only to complete appropriate identification and tax forms for Valve and then pay a recoupable application fee for each game they intend to publish. Once they apply, a developer must wait thirty days before publishing the game as to give Valve the ability to review the game to make sure it is "configured correctly, matches the description provided on the store page, and doesn't contain malicious content".[251]<br><br>Source: https://en.wikipedia.org/wiki/Steam_(service)#Steam_Direct |

**STORE SMARTS**

**Your purchases stay with your Steam account. So even if you buy a new computer, all your games will be fully accessible on the new machine.**

In addition, all your save games, inventory, personalization, and other data will be accessible from any PC, as well. Steam can be installed on Windows, MacOS, and Linux PCs. Steam libraries are even accessible remotely via phones, tablets, and TVs through the Steam Link app. You can log in to any PC, and all your games will be there. We don't believe in software that locks itself to being used only on one device (and we don't believe in trying to enforce platform exclusives) because those aren't things that customers ask us for.

Source: http://media.steampowered.com/apps/valve/2022/steamDeck_booklet_EN.pdf