IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>　　　　　Defendants | Civil Action No. 2:23-cv-425-JRG-RSP |

**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) FOR IMPROPER VENUE**

　　Before the Court is Valve Corporation's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(3) for Improper Venue. After consideration of said motion, the Court finds that it is well-taken and should be GRANTED.

　　IT IS THEREFORE ORDERED that the above referenced litigation is hereby dismissed in its entirety.