IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC<br><br>            Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>            Defendant. | Civil Action No. 2:23-cv-419-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KATHLEEN R. GEYER**

I, Kathleen R. Geyer, hereby declare as follow:

1. I am an attorney at the law firm of Kilpatrick, Townsend, & Stockton. I am counsel for Valve Corporation ("Valve"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an executed Steam PC Café Agreement dated February 1, 2022, bearing Bates numbers VALVE_SYM_00001214-17.

3. Attached as **Exhibit 2** is a true and correct copy of an executed Steam Site Licensing Program License dated September 6, 2018, bearing Bates numbers VALVE_SYM_00001206-10.

4. Attached as **Exhibit 3** is a true and correct copy of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ between Valve and Gearbox Publishing, ▓▓▓▓▓▓▓▓▓▓▓▓ bearing Bates numbers VALVE_SYM_00001122-37

1

5. Attached as **Exhibit 4** is a true and correct copy of the Steam Subscriber Agreement, bearing Bates numbers VALVE_SYM_00001105-13.

6. Attached as **Exhibit 5** is a true and correct copy of the Termination of Product Development Agreement between Valve, L.L.C. and Gearbox Software, L.L.C. terminating the Product Development Agreement dated August 21, 2001, bearing Bates numbers VALVE_SYM_00001178-88.

7. Attached as **Exhibit 6** is a true and accurate copy of excerpts of the deposition transcript of Valve's 30(b)(6) representative, Christopher Schenck, dated February 5, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2024

*/s/ Kathleen R. Geyer*
Kathleen R. Geyer