THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **QUANTUM TECHNOLOGY INNOVATIONS, LLC,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,**<br><br>   **Defendants.** | **CIVIL ACTION NO. 2:23-cv-425-JRG**<br><br>**JURY TRIAL DEMANDED** |

**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

 Plaintiff Quantum Technology Innovations, LLC ("Plaintiff") respectfully files this statement in opposition to Valve Corporation's motion to dismiss. Valve Corporation has moved to dismiss in three cases as explained in the order allowing for consolidated venue discovery across these three cases. Valve insists on having the court rule on three separate motions to dismiss based all on venue being improper under Rule 12(b)(3). There is no motion to transfer under Section 1404 filed by Valve Corporation in any of the three cases, just under Rule 12(b)(3).

 As Plaintiff will explain in more detail in its motion to consolidate the briefing on these three motions to dismiss, Plaintiff hereby incorporates by reference the arguments it makes in the lead case in opposition to Valve's Motion to Dismiss under Rule 12(b)(3), which is titled *Symbology Innovations, LLC v. Steam Corporation*, Case 2:23-cv-00419-JRG, Dkt. No. 55 (E.D. Tex. 2023). For the reasons stated therein, the Court should deny Plaintiff Valve's motion to dismiss pursuant to Rule 12(b)(3).

| | |
|---|---|
| Dated: April 19, 2024 | Respectfully Submitted, |

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated that it opposes this motion and beliefs that Plaintiff has improperly broken its agreement to file an opposition in lieu of an amended complaint.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser

Case 2:23-cv-00425-JRG-RSP   Document 40   Filed 04/20/24   Page 3 of 3 PageID #:  672