# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **QUANTUM TECHNOLOGY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,**<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-425-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER DENTYING DEFENDANT'S MOTION TO DISMISS

Good cause appearing, Valve's Motion to Dismiss under Rule 12(b)(3), is taken under submission pending the Court's ruling on Valve's Motion to Dismiss under Rule 12(b)(3), in the lead case involving these related entities, which is titled *Symbology Innovations, LLC v. Steam Corporation*, Case 2:23-cv-00419-JRG, Dkt. No. 55 (E.D. Tex. 2023).