# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **QUANTUM TECHNOLOGY INNOVATIONS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**VALVE CORPORATION,**<br>**GEARBOX SOFTWARE, L.L.C.,**<br><br>　　　　Defendants. | **CASE NO. 2:23-cv-425-JRG**<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO CONSOLIDATE BREIFING ON VALVE CORPORATION'S RULE 12(B)(3) MOTIONS TO DISMISS

Good cause appearing, the Court GRANTS plaintiffs' motion to suspend the briefing on the Rule 12(b)(3) motions in the SPIS and QTI cases while the parties and the Court proceed to resolve the issue in the lead case. This is consistent with the Court's previous Order Consolidating venue discovery in these same three cases involving Valve Corporation as a named defendant.

The legal issue before the Court is whether venue is proper over Valve Corporation, in this district. As such, Valve's motion to dismiss under Rule 12(b)(3) will be decided in the lead case, titled *Symbology Innovations, LLC v. Steam Corporation*, Case 2:23-cv-00419-JRG, Dkt. No. 55 (E.D. Tex. 2023). The parties briefing in the related QTI and

SPIS cases is suspended and the ruling of Valve's Rule 12(b)(3) motion to dismiss in the lead case shall control in all three cases.