IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC<br><br>                Plaintiff,<br><br>                  v.<br><br>VALVE CORPORATION,<br>GEARBOX SOFTWARE, LLC<br>              Defendants | Civil Action No. 2:23-cv-425-JRG-RSP |

### DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF DEFENDANT VALVE CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO VALVE'S MOTION TO DISMISS FOR IMPROPER VENUE

I, Dario A. Machleidt, hereby declare as follow:

1. I am an attorney at the law firm of Kilpatrick, Townsend, & Stockton. I am counsel for Valve Corporation ("Valve"). I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an email sent by Randall Garteiser to counsel for Valve, dated April 15, 2024.

3. Attached as **Exhibit 2** is a true and correct copy of an email sent by counsel for Valve to Randall Garteiser, dated April 15, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

                                                            Executed on April 29, 2024

                                                            */s/ Dario A. Machleidt*
                                                             Dario A. Machleidt