# Exhibit 1

| | |
|---|---|
| **From:** | Randall Garteiser |
| **To:** | Machleidt, Dario; Mike Jones |
| **Subject:** | Today"s deadlines in Valve cases |
| **Date:** | Monday, April 15, 2024 11:00:09 AM |

**CAUTION: External Email**

Hi Dario,

1. DCO, PO, Discovery Order.

Has your client had a chance to revise the DCOs for SPIS and QTI in view of our discussion?  We would appreciate your team circulating that, if so, to avoid filing something opposed.

And with the PO, we will try to accommodate the restrictions as long as we have 450 pages of source code in total and 50 pages continuous.


2. 4-day extension requested on Quantum's Opposition.

Separately, we'd appreciate a four-day extension on today's deadline related to Quantum's opposition to MTD.  With me being sick last week, we need additional time.


3.  Times to meet and confer today.

Please feel free to call me at 415.568.0553 anytime today to facilitate getting these documents on file today.  I have a state court appeal deadline today, so if I end talking with Mike Jones, I may need to ask for his advise.