IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:23-CV-425-JRG-RSP |
| v. | § § | |
| VALVE CORPORATION and GEARBOX SOFTWARE, L.L.C., | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Motion to Consolidate Briefing on Valve Corporation's Rule 12(b)(3) Motions to Dismiss, filed by Plaintiff Quantum Technology Innovations, LLC. **Dkt. No. 41.** After consideration, the Motion is **GRANTED**.

The instant case is one of three relevant cases asserted against Defendants Valve Corporation and Gearbox Software, LLC.[1] While the three cases are not consolidated, an order was entered based on the joint representation to the Court in Case No. 2:23-cv-00419 that the "arguments made in Valve's Motion to Dismiss, . . . Plaintiff's Response, and any subsequent briefing be applied with equal force to all three cases." *See* 2:23-cv-419, Dkt. No. 24 at 2.

Accordingly, it is **ORDERED** that briefing and resolution of Valve's Motion to Dismiss pursuant to 12(b)(3) (Dkt. No. 27) is stayed pending determination of Valve's Motion to Dismiss in Case No. 2:23-cv-00419. It is further

---

[1] *Symbology Innovations, LLC v. Valve Corporation et al.*, 2:23-cv-00419-JRG; *Social Positioning Input Systems, LLC v. Valve Corporation*, 2:23-cv-00422-JRG-RSP (Gearbox voluntarily dismissed, Dkt. No. 6).

**ORDERED** that venue discovery responses in the other cases may be used with equal effect in this case for resolution of venue related disputes.

**SIGNED this 2nd day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE