UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., <br><br> Defendants. | Civil Action No. 2:23-cv-425-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Gearbox Software, L.L.C. ("Gearbox") and Plaintiff Quantum Technology Innovations, L.L.C. ("Quantum"), by and through their undersigned counsel, respectfully file this Unopposed Joint Motion for an Extension of Time for Gearbox to Move, Answer or Otherwise Respond to Quantum's Amended Complaint filed on March 15, 2024, (Dkt. 23).  The current deadline for Gearbox to answer the Amended Complaint is June 12, 2024.  The parties have conferred via email and agreed to a thirty (30) day extension, making the new answer deadline July 12, 2024.

This is the fourth request for an extension to answer the Amended Complaint.  Good cause exists because Quantum and Gearbox have jointly filed a motion to sever and stay Quantum's claims against Gearbox (Dkt. 29), and have jointly filed a notice in an effort to clarify that same motion (Dkt. 47).  Extending Gearbox's time to answer will preserve judicial resources while the joint motion remains pending before the Court.  The requested extension has not been made for

purposes of delay, and should not disrupt the schedule in this case.

Accordingly, the parties respectfully request the Court grant this unopposed motion and extend the deadline to move, answer or otherwise respond to the Amended Complaint up to and through July 12, 2024.  A proposed order is attached.

Dated:  June 12, 2024

/s/Randall Garteiser
Randall Garteiser, TBN 24038912
Email: rgarteiser@ghiplaw.com
Christopher A. Honea, TBN 24059967
Email: chonea@ghiplaw.com
M. Scott Fuller, TBN 24036607
Email: sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone:  (903) 705-7420
Facsimile:  (903) 405-3999

*Attorneys for Plaintiff Quantum Technology Innovations, L.L.C.*

/s/Michael J. Sacksteder
Michael J. Sacksteder, CSB No. 191605
(Admitted to E.D. Tex.)
Email: msacksteder@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Geoffrey Miller, TBN 24094847
Email: gmiller@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY 10010
Tel: (212) 921-2001

Jessica M. Kaempf (WSBN 51666)
(Admitted E.D. Tex.)
Email: jkaempf@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:  (206) 389-4510

*Attorneys for Defendant Gearbox Software, L.L.C.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion and counsel indicated their agreement with the relief requested herein.

Dated:  June 12, 2024                                          /s/Michael J. Sacksteder
                                                                              Michael J. Sacksteder

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:  June 12, 2024                                          /s/Michael J. Sacksteder
                                                                              Michael J. Sacksteder