**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C., <br><br> Defendants. | Civil Action No. 2:23-cv-425-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Before this Court is Defendant Gearbox Software, L.L.C.'s ("Gearbox") Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Amended Complaint.

After considering the motion, the motion is **GRANTED**. Gearbox Software, L.L.C. will have up to and through July 12, 2024, to move, answer or otherwise respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**