## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-425-JRG-RSP |
| v. | § § | |
| VALVE CORPORATION and GEARBOX SOFTWARE, L.L.C., | § § § | |
| *Defendants*. | § § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Sever and Stay filed by Defendant Gearbox Software, LLC and Plaintiff Quantum Technology Innovations, LLC. **Dkt. No. 29.** The Parties seek the requested relief based on the representation that "[r]esolution of Quantum's claims against Valve will resolve major issues concerning the claims against Gearbox[.]" *Id.* at 4. In light of the recent voluntary dismissal of Valve, the Joint Motion is **DENIED**.

**SIGNED this 9th day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE