IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-425-JRG-RSP |
| VALVE CORPORATION and GEARBOX SOFTWARE, L.L.C., | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Quantum Technology Innovations, LLC ("Plaintiff"). (Dkt. No. 53.) In the Notice, Plaintiff represents that all claims against Valve Corporation in the above-captioned case are voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), Defendant Valve having neither filed an answer or a motion for summary judgment, all pending claims and causes of action against Valve Corporation in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief involving Valve Corporation in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So ORDERED and SIGNED this 14th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE