# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION, GEARBOX SOFTWARE, L.L.C.,<br><br>    Defendants. | Civil Action No. 2:23-cv-425-JRG |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Quantum Technology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses with prejudice all claims by Plaintiff against Defendant Gearbox Software, L.L.C. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: August 22, 2024

                       Respectfully submitted,

                       *s/ Randall T. Garteiser*
                       Randall Garteiser, TBN 24038912
                       Email: rgarteiser@ghiplaw.com
                       Christopher A. Honea, TBN 24059967
                       Email: chonea@ghiplaw.com
                       M. Scott Fuller, TBN 24036607
                       Email: sfuller@ghiplaw.com
                       **GARTEISER HONEA, PLLC**
                       119 W. Ferguson Street
                       Tyler, Texas 75702
                       Telephone: (903) 705-7420
                       Facsimile: (903) 405-3999

                       *Attorneys for Plaintiff Quantum Technology Innovations, L.L.C.*