IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-425-JRG-RSP |
| v. | § § | |
| VALVE CORPORATION and GEARBOX SOFTWARE, L.L.C., | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Quantum Technology Innovations, LLC ("Plaintiff"). (Dkt. No. 58). In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE as to Defendant Gearbox Software, L.L.C. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case between Quantum and Gearbox are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So Ordered this**

**Aug 28, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE